**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LESTER FAVORS,

      Plaintiff,

v.                                    Case No.   3:21-cv-218-MMH-JBT

REPUBLIC SERVICES OF
FLORIDA, LIMITED PARTNERSHIP,
d/b/a SOUTHLAND WASTE SYSTEMS,

      Defendant.

_____

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Motion to Remand (Dkt. No. 9; Motion) filed on March 29, 2021. In the Motion, Plaintiff argues that this matter should be remanded because Defendant has failed to prove that the amount in controversy exceeds $75,000.00. See generally Motion. Defendant filed a response in opposition to the Motion on April 12, 2021. See Defendant's Response to Motion to Remand (Dkt. No. 12; Response). In the Response, Defendant argues that Plaintiff's back pay alone as of the date of removal exceeds the amount in controversy. See id. at 6-7. Upon review of the Motion and Response, the Court finds that the Motion is due to be denied because Defendant has shown by a preponderance of the evidence that the amount in controversy requirement is satisfied. In reaching this conclusion, the Court

observes that what matters for purposes of determining the amount in controversy is "the amount that will be put at issue in the course of the litigation" not "the amount the plaintiff will recover." Anderson v. Wilco Life Ins. Co., 943 F.3d 917, 925 (11th Cir. 2019); McDaniel v. Fifth Third Bank, 568 F. App'x 729, 730 (11th Cir. 2014) ("There is no doubt that when analyzing the amount in controversy, the district court is precluded from inquiring into the amount a party is likely to receive on the merits."). Accordingly, it is

**ORDERED:**

Plaintiff's Motion to Remand (Dkt. No. 9) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of April, 2021.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record